The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on March 4, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: March 4, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 22-10168 |
| | ) | |
| TINA L. MIHALEK & | ) | Chapter 13 |
| ROBERT J. MIHALEK, | ) | |
| Debtors. | ) | Judge Arthur I. Harris |

ORDER

On March 3, 2022, the Court held a hearing on an order to appear and show cause why the Court should not dismiss debtor Tina L. Mihalek for failure to pay the unpaid filing fees in Case No. 19-10645 (Docket No. 4). For the reasons stated on the record on March 3, 2022, debtor Tina L. Mihalek is dismissed from this bankruptcy case.

IT IS SO ORDERED.